JOYCE PENNELL                                              CIVIL ACTION NO.

    Plaintiff,

V.

THE LAW OFFICES OF MARK L. NICHTER, P.C.
AND MARK L. NICHTER, INDIVIDUALLY

    Defendant                                          AUGUST 13, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act (FDCPA) 15 U. S. C 1692 ; and pursuant to Connecticut General Statutes Section 36a- 800 et seq and regulations promulgated thereunder; and the Connecticut Unfair Trade Practices Act ( CUTPA ) Connecticut General Statutes Section 42- 110a et seq.

2. The Court's jurisdiction is conferred by 15 U. S. C. 1692 k and 28 U. S. C. 1331 and 1367.

3. The Plaintiff is a natural person who resides at 10 Hillwood Pl., Norwalk, in the State of Connecticut and within the District of Connecticut.

4. The Plaintiff is a consumer within the FDCPA.

5. The debt at issue is a consumer debt as defined by the FDCPA.

6. The Defendant, the Law Offices of Mark L. Nichter, P C is a New York professional corporation with its principal place of business located at 44 South Broadway, White Plains, New York; upon information and belief said Defendant does

not have an office located within the State of Connecitcut; and, the Defendant Law Offices of Mark L. Nichter, P C is directly or indirectly engaged in the business of a debt collection agency, uses the mail in a business whose principal purpose is the collection of consumer debts and regularly collects debts on behalf of others or debts due to another within and throughout the State of Connecticut and the District of Connecticut.

7. At all relevant times mentioned herein the Defendant Law Offices of Mark L. Nichter, P C was not a licensed Consumer Collection Agency in Connecticut as defined under Connecticut General Statutes Sections 36a-800 et seq.

8. Upon information and belief the Defendant Mark L. Nichter is an attorney at the law firm of Goldberg, Grabowski & Nichter located at 5 East Hickory Lane, Pilesgrove, New Jersey; the Defendant Mark L. Nichter is an individual and attorney admitted to practice Law in the States of New York and New Jersey and has an interest in the Defendant the Law Offices of Mark L. Nichter.

9. At all times mentioned herein the Defendant Mark L. Nichter was not a licensed Consumer Collection Agency in the State of Connecticut as defined under Connecticut General Statutes Sections 36a- 800 et seq.

10. The Defendant, Attorney Mark L. Nichter was not licensed to practice law in the State of Connecticut at all relevant times mentioned herein.

11. On or about September 25, 2007, the Defendant contacted the Plaintiff regarding Account Number 8672-1000827360 by unsigned letter, bearing the inscription "Mark L. Nichter, P.C.", and "Attorney at Law" and "The Law Offices of Mark L. Nichter,PC"

", a copy of which is attached hereto as Exhibit A.

12. Said Exhibit A also carries the admonition that "If we do not receive payment we may recommend legal proceedings against you without further notice."

13. Said Exhibit A caused the Plaintiff to experience mental and emotional anguish and distress.

**FIRST COUNT FDCPA VIOLATIONS**

14. The Defendant violated the FDCPA in the following ways inter alia;

   a. in that the Defendants used false, deceptive or misleading representations or means in connection with the collection of the Plaintiff's purported debt in violation of 15 U S C Section 1692e;

   b. in that the Defendants made the false representation or implication that he was an attorney or law firm competent to take legal action in Connecticut when he was not licensed to do so;

   c. in that the Defendants falsely represented or implied that an attorney had reviewed the Plaintiff's file and the aforementioned Exhibit A before the aforementioned letter was sent to the Plaintiff;

   d. in that said communication was unfair, or deceptive within the meaning of the FDCPA;

   e. in that the Defendant made use of a false representation and or deceptive means to collect or attempt to collect a debt in violation of 15 U S C 1692e (10);

   f. by threatening to take a legal action which could not be taken in violation of 15 U SC

1692e(5), namely by threatening to proceed against the Plaintiff and or to recommend proceedings against the Plaintiff when said action could not legally be taken by the Defendants because said Defendants were not licensed to practice law within the State of Connecticut.

   g. in that the Defendants engaged in the unauthorized practice of law within the State of Connecticut;

   h. in that the Defendants violated Section 36a-800 et Seq of the Connecticut General Statutes by <u>inter alia</u> collecting debts on behalf of others when Defendants were not licensed to do so.


**SECOND COUNT     Connecticut Unfair Trade Practices Act**

15. The relevant paragraphs above and foregoing are hereby re-alleged and set forth as if fully set out herein.

16. The Defendants' conduct is harmful to consumers including the Plaintiff;

17. The Defendants' conduct as set forth above is in violation of 36a – 800 et seq and is thereby offensive and or in contradiction to the public policy of the State of Connecticut as articulated or set forth in there above referenced statutes.

18. Said Defendant's engaged in the unauthorized practice of law also in contradiction to the public policy of the State of Connecituct.

19. The Plaintiff sustained an ascertainable loss as a consequence of and resulting from the aforementioned conduct of the Defendant.

WHEREFORE Plaintiff requests the Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1000.00 statutory damages;

2. Actual damages

3. Double or Treble damages pursuant to CUTPA;

4. Compensation for mental and emotional distress;

5. Award the plaintiff costs of suit and reasonable attorney's fees;

6. Award declaratory and injunctive relief and such other form of relief as law or equity may provide.

THE PLAINTIFF

BY *[signature]*

Thomas C. Thornberry
Thornberry & Rosenberg, LLC
3333 Main Street
Stratford, CT 06614
Tel (203) 380-8189
Fax (203) 380-8191
Fed. Juris No.: ct05911